

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

312-435-5670

Date: 7/19/2021

Re: Cruz v. Sanofi US Corporation

USDC Case Number: 1:21-cv-02351

Dear Clerk:

Pursuant to the order entered by Honorable **Rebecca R. Pallmeyer**, on 7/19/2021, the above record was

    x☐    electronically transmitted to the Northern District of California, Oakland Division

    ☐    paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:  /s/ B. Gudausky
      Deputy Clerk

New Case No. _____     Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016